Cohen

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.  **Plaintiff(s):**

A.  Name: ~~Richard L. Coffey~~

B.  List all aliases: _____

C.  Prisoner identification number: ~~R18902~~

D.  Place of present confinement: ~~Western Corr. Facility~~

E.  Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A  Defendant: ~~Cook County, IL~~

Title: _____

Place of Employment: _____

B.  Defendant: ~~Robbins Police Dept.~~

Title: _____

Place of Employment: ~~Police Department~~

C.  Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Coffey v. Coles County 2:20-cv-02071-SLD

B. Approximate date of filing lawsuit: 6-2020

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Just I Richard L Coffey

D. List all defendants: Coles County, LT. White, Officer Anderson

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Coles County, IL

F. Name of judge to whom case was assigned: Honorable Harold A. Baker

G. Basic claim made: Malpractice from Dentist of the County I was In.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): The Case was Dismissed due to Lack of Mereness.

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On or about August 13, 2009, I, Richard L. Coffey was arrested, charged and convicted of A.U.U.W. (Aggravated unlawful use of Weapon) and was sentenced to 5 yrs. I.D.O.C. I was Released on or about June 2012, which I also had to do 3 months House arrest. Robbins Police Department was the arresting Department that took me into Custody at the time of this incident.

4                                                    Revised 9 2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.     Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I'm ASKING THE COURT FOR $1 MILLION IN PUNITIVE DAMAGES
FOR VIOLATION OF MY CONSTITUTIONAL RIGHTS, DEPRESSION, AND
PTSD, WRONGFUL CONVICTION.

VI.     The plaintiff demands that the case be tried by a jury.     ☒ YES     ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this    26    day of    JUNE   , 20 24

_____
(Signature of plaintiff or plaintiffs)

RICHARD L. Coffey
(Print name)

R18902
(I.D. Number)
WESTERN CORRECTIONAL FACILITY

2500 ROUTE 99 SOUTH

MOUNT STERLING, IL 62353
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]