[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Plaintiff(s) **Richard L. Coffey**

v.

Defendant(s) **Cook County, IL**

Case Number: **1:24-cv-5820**
Judge: **Judge Andrea R. Wood**
Magistrate Judge M. David Weisman
RANDOM/Cat. 3
PC 6

## MOTION FOR ATTORNEY REPRESENTATION
(NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, **Richard L. Coffey**, declare that I am the (check appropriate box)
   ☒ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation:
   (**NOTE: This item must be completed.**) **NAMES & LETTERS ATTACHED EX. A**

   but I have been unable to find an attorney because: **THEY SAY THAT THEY HAVE OTHER OBLIGATIONS**

3. I declare that (check all that apply):
   *(Now:)*
   ☐ I *am not* currently represented by an attorney requested by the Court in any federal criminal or civil case.

   OR
   ☐ I *am* currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

   *(Earlier:)*
   ☐ I *have not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.

   OR
   ☐ I *have* previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
   ☐ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

- ☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case, and it is still true and correct.

- ☒ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. ☒ I declare that my highest level of education is (check one):

   ☐ Grammar school   ☐ Some high school   ☐ High school graduate
   ☒ Some college     ☐ College graduate   ☐ Post-graduate

6. ☐ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check only if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court Pro Se Assistance Program. (Check only if applicable.)

8. ☒ I declare under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Movant

WESTERN CORR. FACILITY 2500 ROUTE 99. SOUTH
Street Address

6-26-24
Date

MOUNT STERLING, IL 62353
City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

| Case Name: | Case No.: |
|---|---|
| Attorney's Name: | This case is still pending ☐ Yes ☐ No |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name: | Case No.: |
| Attorney's Name: | This case is still pending ☐ Yes ☐ No |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name: | Case No.: |
| Attorney's Name: | This case is still pending ☐ Yes ☐ No |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |

Rev 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



KATHLEEN T. ZELLNER & ASSOCIATES, P.C.
ATTORNEYS AT LAW
4580 Weaver Parkway
Suite 204
Warrenville, Illinois 60555

KATHLEEN T. ZELLNER
DOUGLAS H. JOHNSON
NICHOLAS M. CURRAN

JOANNA P. KLUZOWSKA

SCOTT T. PANEK
OFFICE MANAGER

Telephone: (630) 955-1212
Facsimile: (630) 955-1111
attorneys@zellnerlawoffices.com
kathleentzellner.com
AV-Preeminent Rating

March 15, 2024

Mr. Richard L. Coffey, #R18902
Western Correctional Center
2500 Route 99 South
Mount Sterling, Illinois 62353

Dear Mr. Coffey,

    Thank you for your interest in Kathleen T. Zellner & Associates. Please accept our sympathies for the difficult ordeal you have suffered. Unfortunately, we will not be able to represent you due to our caseload and trial schedule. We wish you the best of luck in your legal endeavors.

Sincerely,

Nicholas Curran

Ex. B

## LAW OFFICES
# KENNETH N. FLAXMAN P.C.

January 30, 2024

Richard Coffey
R18902
2500 Rt. 99 South
Mount Sterling, IL 62353

*Re: Your Letter*

Dear Mr. Coffey:

Thank you for your letter. I am not aware of any successful civil suits about charging someone under a law that was held to be unconstitutional many years later. My office is not handling cases like that.

Sincerely,

Joel Flaxman



4413 North Sheridan | Chicago, Illinois 60640
Phone: 773.769.1411 | Fax: 773.769.2224
www.uplcchicago.org

**PRIVILEGED LEGAL CORRESPONDENCE**

Richard Coffey R18902                                    01/19/2024
Western Illinois Correctional Center
2500 Rt. 99 South
Mount Sterling, IL 62353

Dear Richard Coffey,

We received your letter requesting legal assistance. While UPLC represents many prisoners, we are a small legal aid office that has limited capacity to assist individuals with their legal matters. Unfortunately, this means we are unable to represent you.

Although UPLC cannot represent you, that does not mean you do not have a good claim. We have not investigated your potential claims. However, there are various deadlines and requirements necessary for filing a case. First of all, under the Prisoner Litigation Reform Act, before you can file a case, you need to exhaust IDOC's administrative remedies by filing a grievance and following the process for appealing that grievance. Also, once the grievance process has been exhausted, the case must be filed within the statute of limitations - generally 2 years.

We have not reviewed the merits of your claim and are not in a position to advise you which deadlines apply to your case. If such a deadline is approaching, you should file something on your own immediately, so you do not miss any deadlines.

Although we are unable to represent you, we recommend that you keep a copy of this letter for your records. If you decide to file a lawsuit without legal representation, you will be able to file a motion with the court asking for an attorney to represent you. If you file a motion for an attorney, you must include evidence that you tried to find an attorney on your own and you should submit a copy of this letter and similar letters you may have received from other law offices along with such a motion.

Thank you for reaching out to us. Sorry we cannot assist you, but we wish you the best of luck going forward.

Uptown People's Law Center

Date: 6/28/2024    **Western Illinois Correctional Center**   Ex. D    Page 1
Time: 2:34pm    **Trust Fund**
d_list_inmate_trans_statement_composite    View Transactions

**Inmate: R18902 Coffey, Richard L.**      **Housing Unit: WIL-02-A -13**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | **Beginning Balance:** | | 190.64 |
| 05/07/24 | Payroll | 20 Payroll Adjustment | 1281192 | | P/R month of 4 2024 | 13.63 | 204.27 |
| 05/08/24 | Point of Sale | 60 Commissary | 1297224 | 1153194 | Commissary | -154.82 | 49.45 |
| 05/22/24 | Point of Sale | 60 Commissary | 1437226 | 1155000 | Commissary | -49.45 | .00 |
| 06/07/24 | Payroll | 20 Payroll Adjustment | 1591192 | | P/R month of 5 2024 | 12.69 | 12.69 |
| 06/27/24 | Mail Room | 15 JPAY | 179200 | 170702430 | Coffey, Shontae | 100.00 | 112.69 |
| 06/28/24 | Disbursements | 84 Library | 1803213 | Chk #168846 | 61739, DOC: 523 Fund, Inv. Date: 06/26/2024 | -.60 | 112.09 |

|  |  |
|---|---|
| **Total Inmate Funds:** | 112.09 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .00 |
| **Funds Available:** | 112.09 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |